FILED: September 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4508 (L)
(2:19-cr-00047-RAJ-LRL-3)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

AGHEE WILLIAM SMITH, II

    Defendant - Appellant

_____

No. 22-4521
(2:19-cr-00047-RAJ-LRL-2)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DAVID ALCORN

    Defendant - Appellant

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court in Appeal No. 22-4508 is affirmed.  The judgment in Appeal No. 22-4521 is affirmed in part and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK